AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

WILLIAM ORVAL GIBBONS,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

                          CASE NUMBER:  **3:13-cv-00646-LRH-VPC**

ROBERT LEGRAND, et al.,

    Respondents.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice.


  February 13, 2014                                   **LANCE S. WILSON**
                                                                 Clerk


                                                           /s/ D. R. Morgan
                                                            Deputy Clerk