# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM ORVAL GIBBONS,

    *Petitioner*,

vs.

ROBERT LEGRAND, *et al.*,

    *Respondents*.

3:13-cv-00646-LRH-VPC

ORDER

This closed habeas matter is before the Court following upon a letter (#17) by petitioner.

Petitioner is mistaken that the Court of Appeals has granted petitioner permission to file any further papers either in this action or in the prior proceeding in the Court of Appeals. The Ninth Circuit instead denied petitioner permission without prejudice to pursue a second or successive petition, and the Court of Appeals directed that requests for reconsideration would not be entertained in that matter. If petitioner seeks permission to pursue a second or successive petition, he must file his papers in an entirely new proceeding in the Court of Appeals, not in this Court.

IT THEREFORE IS ORDERED that the Clerk of Court: (a) shall send petitioner a copy of #15; (b) shall designate petitioner as a restricted filer on the docket sheet; and (c) shall return unfiled all further papers submitted by petitioner in this matter other than a notice of appeal from this order. A certificate of appealability is DENIED. This action has been, and remains, closed.

DATED this 11th day of July, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE