UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| William Orval Gibbons,<br><br>Petitioner,<br><br>v.<br><br>Robert LeGrand, et al.,<br><br>Respondents. | Case No. 3:13-cv-00646-MMD-CSD<br><br>ORDER |

In 2014, the Court dismissed Petitioner William Orval Gibbons' *pro se* habeas petition as successive, explaining that the Court lacked jurisdiction because Gibbons did not comply with 28 U.S.C. § 2244(b)(3) and obtain permission from the court of appeals to pursue a successive petition. (ECF No. 13.) Judgment was entered, and the case was closed. (ECF No. 14.) Gibbons has now filed a motion asking to receive all legal filings. (ECF No. 19.) He asks the Court to direct the State of Nevada to provide him with "all legal filings, discovery transcripts, orders, etc., at the State's expense." (*Id*. at 1.) The Court lacks jurisdiction to order the state courts or district attorney to take any action. The Court also notes that Gibbons has been designated as a restricted filer in this case. (ECF No. 18.)

It is therefore ordered that Petitioner's Motion to Receive All Legal Filings (ECF No. 19) is denied. It is further ordered that a certificate of appealability is denied.

DATED THIS 28th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE